

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00695-CR

John Bernard **WILLIAMS** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6240
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 1, 2023.

_____
Rebeca C. Martinez, Chief Justice